# EXHIBIT 3

| Name | Date Purchased | Security Type | Shares | Price per share | Total | Date Sold | Security Type | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | *Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | NQ Mobile Inc. Loss Chart | | | | | | | | | |
| | | | | | Class Period: March 30, 2017 through February 6, 2018 | | | | | | | | | |
| Xinglie Zheng | 5/9/2017 | Stock | 1,300 | ($3.71) | ($4,822.87) | 1/5/2018 | Stock | 500 | $4.26 | $2,130.05 | | | | 2.0767 |
| | 12/15/2017 | Stock | 500 | ($3.88) | ($1,939.50) | | | | | | | | | |
| | 12/18/2017 | Stock | 818 | ($3.81) | ($3,116.58) | | | | | | | | | |
| | | | 2,618 | | ($9,878.95) | | | 500 | | $2,130.05 | 2,118 | $4,398.45 | ($3,350.45) | |
| | | | | | | | | | | | | | | |
| | 4/10/2017 | 6/16/17 4.50 CALL | 100 | ($0.19) | ($1,900.00) | 12/15/2017 | 12/15/17 4.00 CALL | 200 | $0.01 | $200.00 | | | | |
| | 5/2/2017 | 9/15/17 4.50 CALL | 50 | ($0.28) | ($1,400.00) | 12/15/2017 | 12/15/17 3.50 CALL | 32 | $0.65 | $2,067.84 | | | | |
| | 5/2/2017 | 9/15/17 4.50 CALL | 20 | ($0.28) | ($560.00) | 12/15/2017 | 12/15/17 4.00 CALL | 252 | $0.02 | $504.00 | | | | |
| | 5/22/2017 | 9/15/17 4.50 CALL | 40 | ($0.23) | ($920.00) | 1/5/2018 | 1/19/18 3.50 CALL | 30 | $0.75 | $2,250.00 | | | | |
| | 5/22/2017 | 9/15/17 4.50 CALL | 40 | ($0.23) | ($920.00) | | | | | | | | | |
| | 6/29/2017 | 12/15/17 4.00 CALL | 120 | ($0.28) | ($3,360.00) | | | | | | | | | |
| | 7/7/2017 | 12/15/17 4.00 CALL | 90 | ($0.27) | ($2,430.00) | | | | | | | | | |
| | 8/4/2017 | 12/15/17 4.00 CALL | 85 | ($0.30) | ($2,550.00) | | | | | | | | | |
| | 9/1/2017 | 12/15/17 4.00 CALL | 81 | ($0.30) | ($2,430.00) | | | | | | | | | |
| | 9/1/2017 | 12/15/17 4.00 CALL | 1 | ($0.31) | ($31.00) | | | | | | | | | |
| | 9/18/2017 | 12/15/17 4.00 CALL | 75 | ($0.32) | ($2,400.00) | | | | | | | | | |
| | 10/30/2017 | 12/15/17 3.50 CALL | 32 | ($0.90) | ($2,880.00) | | | | | | | | | |
| | 11/16/2017 | 1/19/18 3.50 CALL | 30 | ($0.85) | ($2,550.00) | | | | | | | | | |
| | | | | | ($44,088.90) | | | | | $9,281.94 | | | ($34,806.96) | |
| | | | | | | | | | | | | | | |
| Jun Hu | 4/7/2017 | Stock | 5,000 | ($3.82) | ($19,100.00) | 8/10/2017 | Stock | 5,000 | $3.41 | $17,050.00 | | | | |
| | 4/7/2017 | Stock | 5,000 | ($3.98) | ($19,898.50) | 2/6/2018 | Stock | 15,000 | $2.67 | $40,057.50 | | | | |
| | 4/17/2017 | Stock | 5,000 | ($3.66) | ($18,297.50) | 2/6/2018 | Stock | 5,000 | $2.70 | $13,475.00 | | | | |
| | 4/24/2017 | Stock | 5,000 | ($3.69) | ($18,444.00) | 2/6/2018 | Stock | 15,000 | $2.64 | $39,600.00 | | | | |
| | 8/18/2017 | Stock | 5,000 | ($3.35) | ($16,750.00) | 2/7/2018 | Stock | 10,000 | $2.02 | $20,174.00 | | | | |
| | 8/31/2017 | Stock | 5,000 | ($3.31) | ($16,550.00) | 2/7/2018 | Stock | 10,000 | $2.00 | $19,962.00 | | | | |
| | 9/18/2017 | Stock | 5,000 | ($3.50) | ($17,499.50) | 2/9/2018 | Stock | 5,000 | $2.02 | $10,100.00 | | | | |
| | 10/17/2017 | Stock | 3,000 | ($3.44) | ($10,317.00) | 2/9/2018 | Stock | 5,000 | $1.98 | $9,913.00 | | | | |
| | 1/12/2018 | Stock | 2,000 | ($3.90) | ($7,796.80) | | | | | | | | | |
| | 1/24/2018 | Stock | 3,000 | ($3.66) | ($10,979.70) | | | | | | | | | |
| | 2/6/2018 | Stock | 4,000 | ($2.86) | ($11,440.00) | | | | | | | | | |
| | 2/6/2018 | Stock | 10,000 | ($2.50) | ($25,000.00) | | | | | | | | | |
| | 2/6/2018 | Stock | 5,000 | ($2.40) | ($12,000.00) | | | | | | | | | |
| | 2/6/2018 | Stock | 8,000 | ($2.45) | ($19,579.20) | | | | | | | | | |
| | | | 70,000 | | ($223,652.20) | | | 70,000 | | $170,331.50 | 0 | | ($53,320.70) | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | ($91,478.11) | |

*NQ Mobile Inc. (NYSE: NQ) changed its corporate name and ticker symbol to Link Motion Inc. (NYSE:LKM) effective March 14, 2018. The lookback price is calculated using the closing share prices for both ticker symbols.