# EXHIBIT C

**Loss Chart**
Losses of Fong Lau in Link Motion (f/k/a NQ Mobile) (NQ)

| Client Name | Fong Lau | | | | |
|---|---|---|---|---|---|
| Company Name | Link Motion (f/k/a NQ Mobile) | **90 Day Lookback Average** | $2.0624 | **Damages** | -$4,134.93 |
| Ticker Symbol | NQ | | | | |
| Class Period Start | 3/30/2017 | | | | |
| Class Period End | 2/6/2018 | | | | |

| Acquisition Date | Quantity of Securities Purchased | Price Per Security | Total Cost | Disposition Date | Number of Securities Sold | Price Per Security | Total Proceeds from Sale | Securities Held at Close of Class Period | Per Security Value | Retained Value | Total Proceeds/Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/4/2017 | 300 | $4.08 | $1,224.00 | | 0 | | | 300 | $2.0624 | $618.73 | -$605.27 |
| 1/5/2018 | 450 | $4.20 | $1,890.00 | | 0 | | | 450 | $2.0624 | $928.10 | -$961.90 |
| 1/16/2018 | 350 | $3.74 | $1,309.00 | | 0 | | | 350 | $2.0624 | $721.86 | -$587.14 |
| 1/26/2018 | 400 | $3.57 | $1,428.00 | | 0 | | | 400 | $2.0624 | $824.98 | -$603.02 |
| 2/1/2018 | 500 | $3.29 | $1,645.00 | | 0 | | | 500 | $2.0624 | $1,031.22 | -$613.78 |
| 2/6/2018 | 1300 | $2.65 | $3,445.00 | | 0 | | | 1,300 | $2.0624 | $2,681.18 | -$763.82 |
| | | | | | | | | | | | |
| **Totals** | **Shares Purchased** | | **Cost** | | **Shares Sold** | | **Proceeds from Sales** | **Retained Shares** | | **Retained Value** | **Loss** |
| | 3,300 | | $10,941.00 | | 158 | | $0.00 | 3,300 | | $6,806.07 | -$4,134.93 |

**Loss Chart**
Losses of Kinsun Ho in Link Motion (f/k/a NQ Mobile) (NQ)

| **Client Name** | Kinsun Ho | | | | |
|---|---|---|---|---|---|
| **Company Name** | Link Motion (f/k/a NQ Mobile) | **90 Day Lookback Average** | $2.0624 | **Damages** | -$3,041.82 |
| **Ticker Symbol** | NQ | | | | |
| **Class Period Start** | 3/30/2017 | | | | |
| **Class Period End** | 2/6/2018 | | | | |

| Acquisition Date | Quantity of Securities Purchased | Price Per Security | Total Cost | Disposition Date | Number of Securities Sold | Price Per Security | Total Proceeds from Sale | Securities Held at Close of Class Period | Per Security Value | Retained Value | Total Proceeds/Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/20/2017 | 400 | $3.95 | $1,580.00 | | 0 | | | 400 | $2.0624 | $824.98 | -$755.02 |
| 1/16/2018 | 260 | $4.04 | $1,050.40 | | | | | 260 | $2.0624 | $536.24 | -$514.16 |
| 1/31/2018 | 500 | $3.46 | $1,730.00 | | | | | 500 | $2.0624 | $1,031.22 | -$698.78 |
| 2/5/2018 | 300 | $3.25 | $974.79 | | | | | 300 | $2.0624 | $618.73 | -$356.06 |
| 2/6/2018 | 900 | $2.86 | $2,574.00 | | | | | 900 | $2.0624 | $1,856.20 | -$717.80 |
| | | | | | | | | | | | |
| **Totals** | **Shares Purchased** | | **Cost** | | **Shares Sold** | | **Proceeds from Sales** | **Retained Shares** | | **Retained Value** | **Loss** |
| | 2,360 | | $7,909.19 | | 0 | | $0.00 | 2,360 | | $4,867.37 | -$3,041.82 |