# EXHIBIT C

**Xiang Cao LIFO Losses**

NQ Mobile, Inc.
Class Period: 3/30/2017 - 2/6/2018

| Trade Date | Transaction Type | # Shares | Share Price ($) | Class Period Purchases | Class Period Sales | Sales on Class Period Purchases | Class Period Net Holdings | Cost | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| 10/27/2017 | Purchase | 25,000 | 4.0764 | 25,000 | - | - | 25,000 | $ 101,910.00 | |
| 10/27/2017 | Purchase | 500 | 4.0898 | 500 | - | - | 25,500 | $ 2,044.90 | |
| 10/27/2017 | Purchase | 500 | 4.0898 | 500 | - | - | 26,000 | $ 2,044.90 | |
| 10/27/2017 | Purchase | 500 | 4.0886 | 500 | - | - | 26,500 | $ 2,044.30 | |
| 10/27/2017 | Purchase | 500 | 4.0886 | 500 | - | - | 27,000 | $ 2,044.30 | |
| 10/27/2017 | Purchase | 500 | 4.0850 | 500 | - | - | 27,500 | $ 2,042.50 | |
| 10/27/2017 | Purchase | 500 | 4.0898 | 500 | - | - | 28,000 | $ 2,044.90 | |
| 10/30/2017 | Purchase | 500 | 3.9400 | 500 | - | - | 28,500 | $ 1,970.00 | |
| 10/30/2017 | Purchase | 500 | 3.9400 | 500 | - | - | 29,000 | $ 1,970.00 | |
| 10/30/2017 | Purchase | 1,000 | 3.9400 | 1,000 | - | - | 30,000 | $ 3,940.00 | |
| 10/30/2017 | Purchase | 1,000 | 3.9490 | 1,000 | - | - | 31,000 | $ 3,948.98 | |
| 10/30/2017 | Purchase | 1,000 | 3.9560 | 1,000 | - | - | 32,000 | $ 3,956.02 | |
| 10/30/2017 | Purchase | 1,000 | 3.9499 | 1,000 | - | - | 33,000 | $ 3,949.90 | |
| 10/30/2017 | Purchase | 5,000 | 3.9594 | 5,000 | - | - | 38,000 | $ 19,797.02 | |
| 10/30/2017 | Purchase | 5,000 | 3.9596 | 5,000 | - | - | 43,000 | $ 19,797.76 | |
| 10/30/2017 | Purchase | 1,000 | 3.9600 | 1,000 | - | - | 44,000 | $ 3,960.00 | |
| 10/30/2017 | Purchase | 1,000 | 3.9600 | 1,000 | - | - | 45,000 | $ 3,960.00 | |
| 10/30/2017 | Purchase | 1,000 | 3.9600 | 1,000 | - | - | 46,000 | $ 3,960.00 | |
| 10/30/2017 | Purchase | 1,000 | 3.9600 | 1,000 | - | - | 47,000 | $ 3,960.00 | |
| 11/9/2017 | Purchase | 800 | 4.0392 | 800 | - | - | 47,800 | $ 3,231.36 | |
| 11/10/2017 | Purchase | 9,000 | 4.1400 | 9,000 | - | - | 56,800 | $ 37,260.00 | |
| 11/13/2017 | Purchase | 2,000 | 4.2450 | 2,000 | - | - | 58,800 | $ 8,490.00 | |
| 11/20/2017 | Purchase | 10,000 | 4.1200 | 10,000 | - | - | 68,800 | $ 41,200.00 | |
| 11/21/2017 | Purchase | 1,000 | 4.2100 | 1,000 | - | - | 69,800 | $ 4,210.00 | |
| 11/27/2017 | Purchase | 1,000 | 4.3500 | 1,000 | - | - | 70,800 | $ 4,350.00 | |
| 11/28/2017 | Purchase | 30,000 | 4.1978 | 30,000 | - | - | 100,800 | $ 125,934.00 | |
| 11/28/2017 | Purchase | 30,000 | 4.2291 | 30,000 | - | - | 130,800 | $ 126,873.00 | |
| 11/28/2017 | Purchase | 1,000 | 4.3500 | 1,000 | - | - | 131,800 | $ 4,350.00 | |
| 11/28/2017 | Purchase | 1,000 | 4.2800 | 1,000 | - | - | 132,800 | $ 4,280.00 | |
| 11/29/2017 | Purchase | 40,000 | 4.1887 | 40,000 | - | - | 172,800 | $ 167,548.00 | |
| 11/30/2017 | Purchase | 1,000 | 4.1300 | 1,000 | - | - | 173,800 | $ 4,130.00 | |
| 11/30/2017 | Purchase | 1,000 | 4.1194 | 1,000 | - | - | 174,800 | $ 4,119.36 | |
| 11/30/2017 | Purchase | 1,000 | 4.1200 | 1,000 | - | - | 175,800 | $ 4,120.00 | |
| 11/30/2017 | Purchase | 1,000 | 4.1194 | 1,000 | - | - | 176,800 | $ 4,119.35 | |
| 11/30/2017 | Purchase | 700 | 4.1200 | 700 | - | - | 177,500 | $ 2,884.00 | |
| 11/30/2017 | Purchase | 220 | 4.1300 | 220 | - | - | 177,720 | $ 908.60 | |
| 11/30/2017 | Purchase | 10,000 | 4.1398 | 10,000 | - | - | 187,720 | $ 41,397.52 | |
| 11/30/2017 | Purchase | 900 | 4.1600 | 900 | - | - | 188,620 | $ 3,744.00 | |
| 11/30/2017 | Purchase | 3,515 | 4.1800 | 3,515 | - | - | 192,135 | $ 14,692.70 | |
| 11/30/2017 | Purchase | 4,665 | 4.1893 | 4,665 | - | - | 196,800 | $ 19,543.31 | |
| 12/13/2017 | Purchase | 6,000 | 4.1199 | 6,000 | - | - | 202,800 | $ 24,719.30 | |
| 12/14/2017 | Purchase | 3,000 | 4.1296 | 3,000 | - | - | 205,800 | $ 12,388.70 | |
| 12/14/2017 | Purchase | 5,000 | 4.1200 | 5,000 | - | - | 210,800 | $ 20,600.00 | |
| 12/14/2017 | Purchase | 5,000 | 4.1099 | 5,000 | - | - | 215,800 | $ 20,549.30 | |
| 12/14/2017 | Purchase | 5,000 | 4.0800 | 5,000 | - | - | 220,800 | $ 20,400.00 | |

| Damage Summary | |
|---|---:|
| Total Class Period Purchases: | 325,300 |
| Total Class Period Sales: | (76,483) |
| Total Sales on Class Period Purchases: | (76,483) |
| Total Class Period Shares Retained: | 248,817 |
| Loss Price*: | $ 2.0225 |
| | |
| Total Purchases: | $ 1,331,297.33 |
| Total Sales Proceeds: | $ (290,778.71) |
| Total Retained Value: | $ (503,229.79) |
| | |
| **Total Loss:** | **$ 537,288.83** |

*The loss price has been adjusted to weigh the effect of post-class period sales on the retained value. Pursuant to the PSLRA, post-class period sales are valued at the higher of the sale price and the average price from the end of the class period through the sale date.

**Xiang Cao LIFO Losses**

NQ Mobile, Inc.
Class Period: 3/30/2017 - 2/6/2018

| Trade Date | Transaction Type | # Shares | Share Price ($) | Class Period Purchases | Class Period Sales | Sales on Class Period Purchases | Class Period Net Holdings | Cost | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| 12/15/2017 | Purchase | 10,000 | 4.1679 | 10,000 | - | - | 230,800 | $ 41,679.10 | |
| 12/15/2017 | Purchase | 1,000 | 4.1993 | 1,000 | - | - | 231,800 | $ 4,199.30 | |
| 12/15/2017 | Purchase | 1,016 | 4.1600 | 1,016 | - | - | 232,816 | $ 4,226.56 | |
| 12/15/2017 | Purchase | 8,984 | 4.2600 | 8,984 | - | - | 241,800 | $ 38,271.84 | |
| 12/15/2017 | Purchase | 10,000 | 4.1782 | 10,000 | - | - | 251,800 | $ 41,781.50 | |
| 12/15/2017 | Purchase | 10,000 | 3.8308 | 10,000 | - | - | 261,800 | $ 38,307.85 | |
| 12/15/2017 | Purchase | 10,000 | 3.8100 | 10,000 | - | - | 271,800 | $ 38,099.95 | |
| 12/15/2017 | Purchase | 8,800 | 3.8100 | 8,800 | - | - | 280,600 | $ 33,527.95 | |
| 12/15/2017 | Purchase | 1,200 | 3.8098 | 1,200 | - | - | 281,800 | $ 4,571.75 | |
| 12/15/2017 | Purchase | 7,449 | 3.8300 | 7,449 | - | - | 289,249 | $ 28,529.67 | |
| 12/15/2017 | Purchase | 900 | 3.8694 | 900 | - | - | 290,149 | $ 3,482.50 | |
| 12/15/2017 | Purchase | 3,000 | 3.8800 | 3,000 | - | - | 293,149 | $ 11,640.00 | |
| 12/15/2017 | Purchase | 1,651 | 3.8900 | 1,651 | - | - | 294,800 | $ 6,422.39 | |
| 12/15/2017 | Purchase | 4,000 | 3.8300 | 4,000 | - | - | 298,800 | $ 15,320.00 | |
| 12/19/2017 | Purchase | 1,500 | 3.8300 | 1,500 | - | - | 300,300 | $ 5,745.00 | |
| 12/26/2017 | Purchase | 5,000 | 3.8296 | 5,000 | - | - | 305,300 | $ 19,148.24 | |
| 12/29/2017 | Sale | 10,000 | 4.0300 | - | (10,000) | (10,000) | 295,300 | | $ (40,300.00) |
| 1/4/2018 | Sale | 5,000 | 4.0600 | - | (5,000) | (5,000) | 290,300 | | $ (20,300.00) |
| 1/10/2018 | Purchase | 10,000 | 4.0900 | 10,000 | - | - | 300,300 | $ 40,900.00 | |
| 1/10/2018 | Purchase | 1,475 | 3.9800 | 1,475 | - | - | 301,775 | $ 5,870.50 | |
| 1/10/2018 | Sale | 10,000 | 4.0800 | - | (10,000) | (10,000) | 291,775 | | $ (40,800.00) |
| 1/10/2018 | Sale | 10,000 | 4.2700 | - | (10,000) | (10,000) | 281,775 | | $ (42,700.00) |
| 1/10/2018 | Sale | 10,000 | 4.5000 | - | (10,000) | (10,000) | 271,775 | | $ (45,000.00) |
| 1/11/2018 | Purchase | 8,525 | 4.0100 | 8,525 | - | - | 280,300 | $ 34,185.25 | |
| 1/12/2018 | Sale | 4,099 | 4.2900 | - | (4,099) | (4,099) | 276,201 | | $ (17,584.71) |
| 1/31/2018 | Sale | 1,626 | 3.5100 | - | (1,626) | (1,626) | 274,575 | | $ (5,707.26) |
| 2/2/2018 | Sale | 4,275 | 3.1605 | - | (4,275) | (4,275) | 270,300 | | $ (13,511.26) |
| 2/2/2018 | Sale | 1,000 | 3.1407 | - | (1,000) | (1,000) | 269,300 | | $ (3,140.70) |
| 2/2/2018 | Sale | 300 | 3.1400 | - | (300) | (300) | 269,000 | | $ (942.00) |
| 2/2/2018 | Sale | 1,000 | 3.1401 | - | (1,000) | (1,000) | 268,000 | | $ (3,140.05) |
| 2/2/2018 | Sale | 1,000 | 3.1209 | - | (1,000) | (1,000) | 267,000 | | $ (3,120.88) |
| 2/2/2018 | Sale | 300 | 3.1200 | - | (300) | (300) | 266,700 | | $ (936.00) |
| 2/5/2018 | Sale | 1,000 | 3.0300 | - | (1,000) | (1,000) | 265,700 | | $ (3,030.00) |
| 2/5/2018 | Sale | 1,000 | 3.0300 | - | (1,000) | (1,000) | 264,700 | | $ (3,030.00) |
| 2/5/2018 | Sale | 1,000 | 3.0400 | - | (1,000) | (1,000) | 263,700 | | $ (3,040.00) |
| 2/5/2018 | Sale | 1,000 | 3.0500 | - | (1,000) | (1,000) | 262,700 | | $ (3,050.00) |
| 2/5/2018 | Sale | 1,000 | 3.0600 | - | (1,000) | (1,000) | 261,700 | | $ (3,060.00) |
| 2/5/2018 | Sale | 1,000 | 3.0600 | - | (1,000) | (1,000) | 260,700 | | $ (3,060.00) |
| 2/5/2018 | Sale | 1,000 | 3.0700 | - | (1,000) | (1,000) | 259,700 | | $ (3,070.00) |
| 2/5/2018 | Sale | 1,000 | 3.0700 | - | (1,000) | (1,000) | 258,700 | | $ (3,070.00) |
| 2/5/2018 | Sale | 1,000 | 3.0000 | - | (1,000) | (1,000) | 257,700 | | $ (3,000.00) |
| 2/5/2018 | Sale | 1,000 | 3.0100 | - | (1,000) | (1,000) | 256,700 | | $ (3,010.00) |
| 2/5/2018 | Sale | 1,000 | 2.9800 | - | (1,000) | (1,000) | 255,700 | | $ (2,980.00) |
| 2/5/2018 | Sale | 700 | 2.9800 | - | (700) | (700) | 255,000 | | $ (2,086.00) |
| 2/6/2018 | Sale | 1,000 | 2.9000 | - | (1,000) | (1,000) | 254,000 | | $ (2,900.00) |

**Xiang Cao LIFO Losses**

<strong>NQ Mobile, Inc.</strong><br>Class Period: 3/30/2017 - 2/6/2018

| Trade Date | Transaction Type | # Shares | Share Price ($) | Class Period Purchases | Class Period Sales | Sales on Class Period Purchases | Class Period Net Holdings | Cost | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| 2/6/2018 | Sale | 2,000 | 2.9200 | - | (2,000) | (2,000) | 252,000 | | $ (5,840.00) |
| 2/6/2018 | Sale | 2,000 | 2.9400 | - | (2,000) | (2,000) | 250,000 | | $ (5,880.00) |
| 2/6/2018 | Sale | 1,183 | 2.9500 | - | (1,183) | (1,183) | 248,817 | | $ (3,489.85) |