# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| SHIQIANG CHEN, Individually and on Behalf of All Others Similarly Situated<br><br>v.<br><br>NQ MOBILE, VINCENT WENYONG SHI, ROLAND WU, and ZEMIN XU | §<br>§<br>§  Civil Action No.  4:18-CV-00096<br>§  Judge Mazzant<br>§<br>§<br>§<br>§<br>§ |

## ORDER

The docket of this case indicates that summonses have been reissued for Defendants in the People's Republic of China.  As General Order 20-3, entered in this District on March 16, 2020, indicates, the World Health Organization has declared the recent outbreak of a novel coronavirus -- "coronavirus disease 2019" (COVID-19) --  a global pandemic.

Due to the current status of this matter, the Court hereby ORDERS that this case be ADMINISTRATIVELY CLOSED pending the service of Defendants. Lead Plaintiff is instructed to notify the Court when service has been effectuated and this case is ready to proceed.

IT IS SO ORDERED.

SIGNED this 13th day of April, 2020.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE